comb, as administratrix, etc., against the New York Central & Hudson River Railroad Company.

PER CURIAM. Order affirmed, with costs.

STOVER, J., dissents, upon the ground that the evidence fails to establish the intestate's freedom from contributory negligence.

(99 App. Div. 624)

HOLMES, Respondent, v. SEAMAN, Appellant. (Supreme Court, Appellate Division, First Department. December 23, 1904.) Appeal from Special Term, New York County. Action by Isabel A. Holmes against Egbert B. Seaman. From a judgment for plaintiff, defendant appeals. Affirmed.

PER CURIAM. Affirmed on the authority of McCord v. McCord, 40 App. Div. 273, 57 N. Y. Supp. 1049.

LAUGHLIN, J., concurs solely upon the ground that the material facts in these cases are not distinguishable from those in the McCord Case; but, were it not for that precedent, he would vote for reversal upon· the ground that the assignment was valid as between the parties, and the assignee at least obtained an equitable lien, enforceable as against the assignors. PATTERSON, J., dissents.

HORNING, Appellant, v. HUDSON RIVER TELEPHONE CO. et al., Respondents. (Supreme Court, Appellate Division, Third Department. December 2, 1904.) Action by Nathan W. Horning against the Hudson River Telephone Company and the Fulton County Gas & Electric Company.

PER CURIAM. Order, so far as appealed from by plaintiff, affirmed, with costs, on the ground that under the evidence in this case the court will not interfere with the exercise of the discretion of the trial justice.

HOUGHTON, J., not sitting.

HORNING, Respondent, v. HUDSON RIVER TELEPHONE CO. et al., Appellants. (Supreme Court, Appellate Division, Third Department. December 2, 1904.) Action by Nathan W. Horning against the Hudson River Telephone Company and the Fulton County Gas & Electric Company.

PER CURIAM. Appeal of defendants dismissed, without costs, on the ground that defendants are not aggrieved by order appealed from.

HOUGHTON, J., not sitting.

HOWE, Respondent, v. ARMOUR & CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. December 7, 1904.) Action by Charles·Howe against Armour & Co. No opinion. Judgment and order affirmed, with costs.

HOWE, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 4, 1905.) Action by Belle M. Howe against the New York Central & Hudson River Railroad Company.

PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to the appellant to abide event, upon questions of law only; the facts having been examined and no error found therein. Held, that it was error to exclude the evidence offered by the defendant as to the conditions and nature of the soil on either side of the plaintiff's lands.

SPRING, J., dissents.

HUMES v. HAMMOND TYPEWRITER CO. In re BENEDICT & BENEDICT. (Supreme Court, Appellate Division, First Department. December 23, 1904.) Action by William T. Humes against the Hammond Typewriter Company. In the matter of Benedict & Benedict. R. K. Ingalls, for appellant. E. G. Benedict, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.

HURRELL, Respondent, v. INTERURBAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 20, 1905.) Action by Esther Hurrell against the Interurban Street Railway Company.

PER CURIAM. Judgment and order modified, by striking out the extra allowance of costs, on the ground of want of power in the Trial Term, and, as so modified, affirmed, without costs of this appeal.

HUTCHINSON et al. v. SIMPSON et al. (Supreme Court, Appellate Division, First Department. December 16, 1904.) Action by Archibald A. Hutchinson and others against John W. Simpson, as executor, and others. No opinion. Motion denied.

ISAAC, Appellant, v. FRIEDMAN et al., Respondents. (Supreme Court, Appellate Division, Second Department. January 6, 1905.) Action by Joseph Isaac against Catharine Friedman and others. No opinion. Judgment of the Municipal Court affirmed, with costs.

JACOBS, Respondent, v. COHEN et al., Appellants. (Supreme Court, Appellate Division, Second Department. January 20, 1905.) Action by Meny Jacobs, as president, etc., against Morris Cohen and another. No opinion. Motion for leave to appeal to the Court of Appeals granted, and questions certified.

JAYNE, Respondent, v. CORTLAND WATERWORKS CO., Appellant. (Supreme Court, Appellate Division, Third Department. December 2, 1904.) Action by James A. Jayne against the Cortland Waterworks Company.

PER CURIAM. Motion granted, unless the appellant within 10 days pays to the respondent $10 costs of this motion and $10 costs of opening default, upon payment of which and service of his papers within 30 days from the service of this order, motion is denied.

JOHN HOFMAN CO., Respondent, v. MURPHY et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. January 11, 1905.) Action by the John Hofman Company against Edward Murphy and others. No opinion. Order affirmed, with $10 costs and disbursements.